# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**THOMAS CHRISTOPH**
**on behalf of himself and all others similarly situated,**
      Plaintiff(s),

v.

**SCHWABE NORTH AMERICA,**
      Defendant(s).

**FAIRNESS HEARING**
Case No. 22-C-975

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH presiding | Time Called: 10:30 a.m. |
| Proceeding Held: June 28, 2023 | Time Concluded: 10:33 a.m. |
| Deputy Clerk: Joleen | Tape: 062823 Zoom |

**Appearances:**

 **Plaintiff(s):** Scott Luzi

 **Defendant(s):** Lynne Mueller

Mr. Luzi informs the court that there are 102 opt-ins, 5 op-outs, and no objections.

The court grants the joint motion [43] for settlement and finds it is fair and reasonable. The court grants the unopposed motion [39] for attorney fees and costs. The court approves the unopposed motion [42] for approval of Plaintiff's service award.

The clerk is directed to enter the order.